UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GRACIELA BRETSCHNEIDER DONCOUSE,

                Plaintiff,

    -against-

BOI NOODLES INC. and 240 WEST 40th
DELAWARE LLC,

                Defendants.

------------------------------------------------------------X

Case No.: 1:15 CV 7457 (JGK)

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for all parties in this action that:

1. Counsel represent that they have been authorized by their respective clients to execute this Stipulation.

2. No party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

3. The above entitled action is discontinued with prejudice pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 41 and without costs to any party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

4. This Stipulation may be executed in counterparts and PDF and/or facsimile signatures shall be deemed originals for all purposes.

Dated: New York, New York
November 19, 2015

THE MARKS LAW FIRM, PC

_____
Bradly G. Marks, Esq.
175 Varick Street, 3rd Fl
New York, New York 10014
(t) 646-770-3775
(f) 646-867-2639
Email: brad@markslawfirm.net
*Attorney for Plaintiff*

STEPHEN H. FINKELSTEIN, Counselor at Law

_____
Stephen H. Finkelstein, Esq.
369 Lexington Avenue, 12th Floor
New York, New York 10017
(t) 212-532-0008
(f) 212-695-6007
Email: stephen.finkelstein@verizon.net
*Attorneys for Defendant Boi Noodles Inc.*

CHARLES E. BOULBOL, P.C.

_____
Charles E. Boulbol, Esq.
26 Broadway, 17th Floor
New York, New York 10004
(t) 212-825-9457
(f) 212-825-9414
Email: rtrack@msn.com
*Attorneys for Defendant 240 West 40th Delaware LLC*

SO ORDERED:

_____
U.S.D.J.